# TRANSCRIPT ORDER FORM (DKT-13) – READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court **U.S. DISTRICT COURT, S.D. HOUSTON, TEXAS**  District Court Docket No. **4:18-cv-4544**

Short Case Title **BURKE, JOANNA & JOHN v. OCWEN LOAN SERVICING, LLC**

**ONLY ONE COURT REPORTER PER FORM** Court Reporter _____

Date Notice of Appeal Filed in the District Court **15TH APRIL 2019**  Court of Appeals No. **19-20267**

*[Stamp: United States Southern District of Texas FILED MAY 13 2019 David J. Bradley, Clerk of Court]*

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings  ☐ Transcript is unnecessary for appeal purposes  ☐ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings:  ☐ Bail Hearing _____  ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____  ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____  ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____  ☐ Jury Instructions _____  ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 6TH FEB. 2019 | SCHEDULING HEARING | MAGISTRATE JUDGE PETER BRAY |
| | | |
| | | |
| | | |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for **DISMISSAL OF APPEAL**.

**B.** This is to certify satisfactory financial arrangements have been made. **Method of Payment:**

■ Private Funds;  ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;  ☐ Advance Payment Waived by Reporter;  ☐ U.S. Government Funds

☐ Other _____

Signature _____  Date Transcript Ordered **4/15/2019**

Print Name **JOHN BURKE**  Phone **281-812-9591**

Counsel for **PRO SE**

Address **46 KINGWOOD GREENS DR., KINGWOOD, TX, 77339**

Email of Attorney: **ALSATION123@GMAIL.COM**

---

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason:  ☐ Deposit not received  ☐ Unable to contact ordering party  ☐ Awaiting creation of CJA 24 eVoucher

☐ Other (Specify) _____

Date _____  Signature of Reporter _____  Tel. _____

Email of Reporter _____

---

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____  Actual Number of Volumes _____