```
 1                  IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE SOUTHERN DISTRICT OF TEXAS

 3                           HOUSTON DIVISION

 4  BURKE, ET AL                     §    CASE NO. 4:18-CV-4544
                                     §    HOUSTON, TEXAS
 5  VERSUS                           §    WEDNESDAY,
                                     §    FEBRUARY 6, 2019
 6  OCWEN LOAN SERVICING, LLC        §    2:01 P.M. TO 2:04 P.M.

 7
                            INITIAL CONFERENCE
 8
                   BEFORE THE HONORABLE PETER BRAY
 9                   UNITED STATES MAGISTRATE JUDGE

10


11


12  APPEARANCES:                          SEE NEXT PAGE

13  ELECTRONIC RECORDING OFFICER:    S. SHELBY

14  CASE MANAGER:                    JASON MARCHAND

15


16


17


18


19

20                     TRANSCRIPTION SERVICE BY:

21              JUDICIAL TRANSCRIBERS OF TEXAS, LLC
                      935 ELDRIDGE ROAD, #144
22                    SUGAR LAND, TEXAS 77478
              Tel: 281-277-5325 / Fax: 281-277-0946
23                 www.judicialtranscribers.com

24
        Proceedings recorded by electronic sound recording;
25         transcript produced by transcription service.
```

```
 1                         APPEARANCES:
 2
 3  FOR THE PLAINTIFF:        JOHN AND JOANNA BURKE, PRO SE
                              46 Kingwood Greens Dr.
 4                            Kingwood, TX  77339
                              281-812-9591
 5
 6
 7  FOR THE DEFENDANT:        HOPKINS LAW, PLLC
                              Mark D. Hopkins, Esq.
 8                            3809 Juniper Trace, Ste. 101
                              Austin, TX  78738
 9                            512-600-4320
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

|   |   |
|---|---|
| 1 | HOUSTON, TEXAS; WEDNESDAY, FEBRUARY 6, 2019; 2:01 P.M. |
| 2 | THE COURT:  I'm going to call the next case, which |
| 3 | 18-4544, and this is Joanna and John Burke versus Ocwen Loan |
| 4 | Servicing and again, you are Joanna and John Burke, and say |
| 5 | your name again, sir? |
| 6 | MR. HOPKINS:  Good afternoon, Your Honor.  Mark |
| 7 | Hopkins here on behalf of Ocwen Loan Servicing. |
| 8 | THE COURT:  All right.  So these are the same |
| 9 | dates, so I'm just going to read them a little faster this |
| 10 | time, okay? |
| 11 | So new parties and amendments to pleadings are due |
| 12 | by March 29th.  Plaintiffs' experts designation is due by |
| 13 | April 30th.  Defendant's by May 31st.  Discovery cutoff is |
| 14 | October 31st.  Motions are due November 29th.  The Joint |
| 15 | Pretrial Order is due February 28th and the trial term is |
| 16 | March/April 2020. |
| 17 | All right?  And what's the estimated time of trial |
| 18 | in this case?  Again, two days? |
| 19 | MR. HEARNE:  Your Honor, half a day for our side |
| 20 | at most. |
| 21 | THE COURT:  And a day? |
| 22 | MR. BURKE:  Yeah, a day. |
| 23 | THE COURT:  I'm just going to call it two days, |
| 24 | and you've requested a jury; is that right?  Have they? |
| 25 | I can't remember. |

1          MR. BURKE:  Yes.
2          MR. HOPKINS:  I believe they did.
3          THE COURT:  On both?  You have, okay, fine.
4      Is there anything else I can do for you in this
5 case?
6          MR. BURKE:  Thank you.
7          THE COURT:  You won't see me again unless Judge
8 Hittner refers motions to me.  Do you understand that?
9          MR. BURKE:  Okay, Your Honor.
10         MS. BURKE:  Thank you.  Thank you so much.
11         THE COURT:  All right.  Good luck.
12         MR. HOPKINS:  May I be excused?
13         THE COURT:  Yes.  You may.
14         MS. BURKE:  Thank you.
15      (Proceedings adjourned at 2:04 p.m.)
16                       * * * * *
17       *I certify that the foregoing is a correct*
18 *transcript to the best of my ability produced from the*
19 *electronic sound recording of the proceedings in the above-*
20 *entitled matter.*
21 */S/ MARY D. HENRY*
22 *CERTIFIED BY THE AMERICAN ASSOCIATION OF*
23 *ELECTRONIC REPORTERS AND TRANSCRIBERS, CET**337*
24 *JUDICIAL TRANSCRIBERS OF TEXAS, LLC*
25 *JTT TRANSCRIPT #60233        DATE FILED:  MAY 17, 2019*